FARBER v. N. C. PSYCHOLOGY BD.

    No. 546A02

    Case below: 153 N.C. App. 1

    Petition by petitioner for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 19 December 2002. Petition by petitioner for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 December 2002.

FENDER v. DEATON

    No. 553P02

    Case below: 153 N.C. App. 187

    Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002. Justice Parker recused.

HILL v. HILL

    No. 688P01

    Case below: 147 N.C. App. 313
              356 N.C. 301

    Motion by plaintiff for reconsideration of the dismissal of plaintiff's appeal denied 19 December 2002. Justice Martin recused.

IN RE BEER

    No. 169P02

    Case below: 149 N.C. App. 232

    Petition by respondents (Gloria Lavada Beer and Fred William Beer for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.